

**BB&T**

Branch Banking and Trust Company

Asset Resolution Group<br>
200 West Forsyth Street<br>
Jacksonville, FL 32202<br>
(904) 361-5200

June 17, 2016

**BY EMAIL AND OVERNIGHT MAIL**

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
7405 US Route 60
Ashland, Kentucky 41102
Attention: Christopher Fannin

  Re: **Notice of Event of Default, Termination of Floor Plan Agreement and Demand for Payment In Full**

Mr. Fannin:

  Reference is hereby made to (i) Dealer Floor Plan and Security Agreement made as of August 11, 2015 by and among Fannin Automotive Family, Inc., Jim Fannin Motors, Inc. and Fannin and Fannin, LLC (collectively, the "Borrower"), Gary Fannin and Christopher Fannin (collectively, the "Guarantors") and Branch Banking and Trust Company ("BB&T"), together with Schedule A attached thereto (collectively, the "Floor Plan Agreement") and (ii) Demand Promissory Note dated August 11, 2015 made by the Borrower payable to BB&T in the original principal amount of $16,500,000.00, together with Addendum to BB&T Note (collectively, the "Floor Plan Note"). All capitalized terms used in this letter that are not otherwise defined in this letter shall have the meanings assigned thereto in the Floor Plan Agreement.

  An Event of Default has occurred under the Floor Plan Agreement because, among other Events of Default, the Borrower has failed to perform and/or comply with or the Borrower shall be in default of any covenant, promise, agreement and/or authorization in the Floor Plan Agreement, including without limitation the Borrower's failure to repay to BB&T the principal outstanding for the purchase of Items in accordance with Section 3.03 of the Floor Plan Agreement.

  Because of the occurrence of one or more Events of Default under the Floor Plan Agreement, BB&T hereby gives notice to the Borrower that BB&T is terminating the Floor Plan Agreement under Section 9.02 with cause effective immediately. Furthermore, the Borrower is hereby notified that BB&T exercises its option under the Floor Plan Note to accelerate and declare all indebtedness under the Floor Plan Note immediately due and payable.

  Demand for payment in full is hereby made. The principal amount due under the Floor Plan Note as of June 16, 2016 is $9,698,442.59. Accumulated interest as of June 16, 2016 is $9,958.77. Interest on the Floor Plan Note continues to accrue as provided in the Floor Plan Note, and late charges and other fees and costs continue to accrue on the Floor Plan Note as provided in the Floor Plan Note. The Borrower is obligated to pay attorneys' fees and other

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
June 17, 2016
Page 2

costs and expenses as provided in the Floor Plan Note and in the Floor Plan Agreement. BB&T hereby expressly reserves its right to increase the interest rate charged on the Floor Plan Note to the Default Rate (as defined in the Floor Plan Note) without any further notice to the Borrower, any of the Guarantors, or any other person or entity. Because advances and curtailments are made on the Note daily, the principal amount outstanding under the Floor Plan Note and the accumulated interest on the Floor Note may change daily.

Payment in full must be made in immediately available funds at the address shown below by 2:00 pm Eastern Time on June 24, 2016. Payment in full of all amounts outstanding under the Floor Plan Note is to be made at the following address:

Branch Banking and Trust Company
200 West Forsyth Street, 5th Floor
Jacksonville, Florida  32202
Attention:  Mitch Turknett

BB&T's acceptance of one or more partial payments of the amount due shall not be a waiver of any of its rights or remedies, even if the payment is marked, "Paid in Full," or is marked with similar language.

BB&T hereby expressly reserves all of the rights and remedies available to BB&T under the Floor Plan Agreement, the Floor Plan Note, any other documents, instruments and/or agreements evidencing, guaranteeing, securing or otherwise executed or delivered in connection with the indebtedness evidenced by the Floor Plan Agreement and/or the Floor Plan Note, at law, in equity or otherwise available to BB&T.

Notwithstanding any other provision of this letter and without affecting the termination of the Floor Plan Agreement or the acceleration and demand of the Floor Plan Note, BB&T may, in its sole and absolute discretion, make advances under the Floor Plan Agreement for New Items.

By copy of this letter to each of Gary Fannin, individually, and Christopher Fannin, individually, BB&T hereby makes demand on each of Gary Fannin, individually, and Christopher Fannin, individually, under the Guaranty of Payment Agreement dated August 11, 2015 executed by each of Gary Fannin and Christopher Fannin for the benefit of BB&T (the "Fannin Guaranty Agreement") for all amounts due under the Fannin Guaranty Agreement. The amounts due under the Fannin Guaranty Agreement are the entire indebtedness owed by the Borrower under the Floor Plan Note, which amounts are set forth in detail in the fourth paragraph of this letter.

In addition to the foregoing demand on the Guarantors, BB&T hereby expressly reserves all of its rights and remedies against each of the Guarantors.

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
June 17, 2016
Page 2

      If you have any questions about this letter, you may call the undersigned at (904) 361-5259.

                                        Sincerely,

                                        Mitch Turknett

cc:    Gary Fannin, Individually (by overnight mail)
        Christopher Fannin, Individually (by overnight mail)

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
June 17, 2016
Page 2

      If you have any questions about this letter, you may call the undersigned at (904) 361-5259.

                                        Sincerely,

                                        Mitch Turknett

cc:    Gary Fannin, Individually (by overnight mail)
        Christopher Fannin, Individually (by overnight mail)



Branch Banking and Trust Company

Asset Resolution Group
200 West Forsyth Street
Jacksonville, FL 32202
(904) 361-5200

June 17, 2016

**BY EMAIL, OVERNIGHT MAIL AND**
**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
402 Main Street, Suite 2
Greenup, Kentucky 41144
Attention: Christopher Fannin

    Re:    **Notice of Default and Demand for Payment In Full**

Mr. Fannin:

    Reference is hereby made to (i) Loan Agreement made August 11, 2015 by and among Fannin Automotive Family, Inc., Jim Fannin Motors, Inc. and Fannin and Fannin, LLC (collectively, the "Borrower"), Gary Fannin and Christopher Fannin (collectively, the "Guarantors") and Branch Banking and Trust Company ("BB&T") (the "Term Loan Agreement"), (ii) Promissory Note dated August 11, 2015 made by the Borrower payable to BB&T in the original principal amount of $11,300,000.00, together with Addendum to BB&T Note and Attachment to BB&T Note (collectively, the "Term Note"), (iii) Mortgage made August 11, 2015 by and between Fannin and Fannin, LLC and BB&T, whereby Fannin and Fannin, LLC granted to BB&T a lien on the real property described therein (the "Mortgage") and (iv) Assignment of Leases and Rents made August 11, 2015, whereby Fannin and Fannin, LLC granted to BB&T a lien on the leases, rents and profits arising from the real property described therein (the "Assignment of Leases"). All capitalized terms used in this letter that are not otherwise defined in this letter shall have the meanings assigned thereto in the Term Loan Agreement.

    The Borrower is in default under the Term Loan Agreement because of, among other defaults, BB&T's demand for repayment of the Other Loan because of the Borrower's failure to comply with all of the terms and provisions of the documents evidencing the Other Loan. The Borrower is hereby notified that BB&T hereby exercises its option under the Term Note to accelerate and declare all indebtedness under the Term Note immediately due and payable in full.

    Demand for payment in full is hereby made. The principal amount due under the Term Note as of June 16, 2016 is $10,856,486.49. Accumulated interest as of June 16, 2016 is $4,066.66. Interest on the Term Note continues to accrue as provided in the Term Note, and late charges and other fees and costs continue to accrue on the Term Note as provided in the Term Note. The Borrower is obligated to pay attorneys' fees and other costs and expenses as provided in the Term Note and in the Term Loan Agreement. BB&T hereby expressly reserves its right to

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
June 17, 2016
Page 2

increase the interest rate charged on the Term Note to the Default Rate (as defined in the Term Note) without any further notice to the Borrower, any of the Guarantors, or any other person or entity.

Payment in full must be made in immediately available funds at the address shown below by 2:00 pm Eastern Time on June 24, 2016.  Payment in full of all amounts outstanding under the Term Note is to be made at the following address:

Branch Banking and Trust Company
200 West Forsyth Street, 5th Floor
Jacksonville, Florida  32202
Attention:  Mitch Turknett

BB&T's acceptance of one or more partial payments of the amount due shall not be a waiver of any of its rights or remedies, even if the payment is marked, "Paid in Full," or is marked with similar language.

BB&T hereby expressly reserves all of the rights and remedies available to BB&T under the Term Loan Agreement, the Term Note, the Mortgage, the Assignment of Leases, any other documents, instruments and/or agreements evidencing, guaranteeing, securing or otherwise executed or delivered in connection with the indebtedness evidenced by the Term Loan Agreement, the Term Note, the Mortgage and/or the Assignment of Leases, at law, in equity or otherwise available to BB&T.

By copy of this letter to Gary Fannin, individually, BB&T hereby makes demand on Gary Fannin, individually, under the Guaranty Agreement dated August 11, 2015 executed by Gary Fannin for the benefit of BB&T (the "Gary Fannin Guaranty Agreement") for all amounts due under the Gary Fannin Guaranty Agreement.  The amounts due under the Gary Fannin Guaranty Agreement are the entire indebtedness owed by the Borrower under the Term Note, which amounts are set forth in detail in the third paragraph of this letter.

By copy of this letter to Christopher Fannin, individually, BB&T hereby makes demand on Christopher Fannin, individually, under the Guaranty Agreement dated August 11, 2015 executed by Christopher Fannin for the benefit of BB&T (the "Christopher Fannin Guaranty Agreement") for all amounts due under the Christopher Fannin Guaranty Agreement.  The amounts due under the Christopher Fannin Guaranty Agreement are the entire indebtedness owed by the Borrower under the Term Note, which amounts are set forth in detail in the third paragraph of this letter.

In addition to the foregoing demand on the Guarantors, BB&T hereby expressly reserves all of its rights and remedies against each of the Guarantors.

Fannin Automotive Family, Inc.
Jim Fannin Motors, Inc.
Fannin and Fannin, LLC
June 17, 2016
Page 2

If you have any questions about this letter, you may call the undersigned at (904) 361-5259.

Sincerely,

Mitch Turknett

cc:   Gary Fannin, Individually (by overnight mail)
      Christopher Fannin, Individually (by overnight mail)