# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Branch Banking & Trust Company | COURT CASE NUMBER: 0:17-cv-37 |
| DEFENDANT: Fannin Automotive Family, INC | TYPE OF PROCESS: Writ of Possession |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Fannin Automotive Family Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 7405 US Route 60, Ashland, KY 41102; 1 Fannin Blvd, Catlettsburg; 1215 Meade St, Flatwoods KY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stites & Harbison, PLLC
400 W. Market St. Suite 1800
Louisville, KY 40202

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

Eastern District of Kentucky
FILED
MAY 2 2 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Brian R. Pollock
TELEPHONE NUMBER: 502-587-3400
DATE: 4-28-17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin: No. 032 | District to Serve: No. 032 | Signature of Authorized USMS Deputy or Clerk: Kelly Thompson | Date: 4-28-17 |

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/4/17
Time: 0700 am / 1830 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $6142.50 | 2044 | | | $2800 | $5,152.19 | |

REMARKS:
Christopher Fannin & Gary Fannin served at 7405 US Route 60 Ashland KY
Phillip Leslie served at 402 Main Street Greenup KY by DUSM Daniel Garland
Gregory Mange found to have no affiliation with Fannin case. Also told he currently lives in TX.
Process fwd to SDUSM R. Kelley EKY London Office on 4-28-17

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

## RELEASE AND HOLD HARMLESS AGREEMENT

Branch Banking & Trust Company (hereinafter referred to as "Plaintiff"), hereby releases any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, arising from any and all known or unknown, foreseen or unforeseen, causes (collectively, "Claims"), which it may have or hereafter acquire against the United States Marshals Service, its agents, officers, or employees (collectively, the "Released Parties"), arising from the United States Marshals Service's execution of the Writ of Possession issued on April 19, 2017 in the case of Branch Banking & Trust Company v. Fannin Automotive Family, Inc., et al., Civil Action No. 17-37 (E.D. KY) (the "Writ"); provided that the foregoing release shall not apply to Claims arising from the gross negligence or reckless or intentional misconduct of any of the Released Parties.

Plaintiff further agrees to reimburse, indemnify, and hold harmless the Released Parties from and against any and all Claims from any of the defendants named in the Writ arising from the United States Marshals Service's execution of the Writ, including without limitation Claims for fees, costs or expenses; provided that the foregoing agreement to reimburse, indemnify and hold harmless shall not apply to Claims arising from the gross negligence or reckless or intentional misconduct of any of the Released Parties.

Executed on this 27th day of April, 2017

Branch Banking & Trust Company

By: _____
Name: Mitch Turknett
Title: Senior Vice-President