# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION
# CIVIL ACTION NO. 3:17-CV-00037-HRW

**Branch Banking & Trust Company**                                              **PLAINTIFF**

v.

**Fannin Automotive Family, Inc., et al,**                                       **DEFENDANTS**

## ENTRY OF APPEARANCES

The undersigned attorneys hereby enter their appearances as counsel for Defendants, Fannin Automotive Family, Inc., Jim Fannin Motors, Inc., Fannin and Fannin, LLC, Christopher K. Fannin, and Gary R. Fannin.

 

Respectfully submitted,

/s/ Laurence J. Zielke
Laurence J. Zielke
Janice M. Theriot
Zielke Law Firm, PLLC
Suite 1250 – Meidinger Tower
462 South Fourth Street
Louisville KY 40202
(502) 589-4600
lzielke@zielkefirm.com
jtheriot@zielkefirm.com

Certificate of Service

I hereby certify that on May 31, 2017, I electronically filed the foregoing and mailed via U.S. Mail, postage prepaid, a copy of the foregoing to the following:

Brian H. Meldrum
Brian R. Pollock
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202
bmeldrum@stites.com
bpollock@stites.com

/s/ Janice M. Theriot
Laurence J. Zielke